IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KATHLEEN SEIFERT,

     Plaintiff,                 No. CIV S-08-0998 GEB EFB

     vs.

RICHARD K. WERNER,

     Defendant.          ORDER

_____/

It appearing that the provisions of 28 U.S.C. § 455(b)(3) so require, the undersigned disqualifies himself from participating in this matter.  The Clerk of the court shall reassign this case to another Magistrate Judge for all further proceedings, notify the parties, and make appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

Accordingly, all pending dates are vacated.  All parties are directed to re-notice their pending motions before the newly assigned magistrate judge.

IT IS SO ORDERED.

DATED:  September 9, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE