IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KATHLEEN SEIFERT,

    Plaintiff,                   No. CIV S-08-998 GEB KJM PS

    vs.

RICHARD WERNER,

    Defendant.                <u>ORDER</u>

        Plaintiff moves to set aside the stay previously entered in this action. The action was stayed because the matter is subject to arbitration. By order filed January 23, 2009, the court directed that any responsive pleadings should be filed in the arbitration. Plaintiff's present motion does not demonstrate good cause for setting aside the stay.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to set aside the stay (docket no. 87) is denied without prejudice.

DATED: May 25, 2009.

006
seifert.sub

_____
U.S. MAGISTRATE JUDGE

1