IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KATHLEEN SEIFERT,

    Plaintiff,   No. CIV S-08-998 GEB KJM PS

  vs.

RICHARD WERNER,

    Defendant.   <u>ORDER</u>

_____/

       This matter was stayed and ordered to arbitration. Plaintiff previously provided a list of proposed arbitrators; defendant has now submitted his list. Good cause appearing, IT IS HEREBY ORDERED that within thirty days from the date of this order the parties shall select a name from the court-nominated panel set forth below and thereafter proceed to arbitration.

       John Gilmore
       John Ball
       Frank Gumpert
       Lori Gualco
       Michael Johnson

DATED: September 21, 2009.

_____
U.S. MAGISTRATE JUDGE

006 seifert.panel

1