1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KATHLEEN SEIFERT,

    Plaintiff

v.

RICHARD WERNER,

    Defendant.
_____/

CASE NO. 2:08-CV-0998 KJM JFM

ORDER RE WITHDRAWAL OF COUNSEL

    GOOD CAUSE APPEARING and with plaintiff's consent, Attorney Sandra A. Groven's motion to withdraw as associate counsel for Plaintiff Kathleen Seifert in this matter is granted; Kenneth Pratt remains as counsel of record for Plaintiff. Sandra A. Groven shall be removed as counsel of record in this matter upon the filing of this Order.

    IT IS SO ORDERED.

Dated: February 18, 2011.

                                                      UNITED STATES DISTRICT JUDGE