UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KATHLEEN SEIFERT, | No. 2:08-CV-0998 KJM CKD |
|---|---|
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| RICHARD K. WERNER, | |
| Defendant. | |

On January 23, 2009, this case was stayed because it was subject to arbitration. ECF No. 80. Although plaintiff filed a series of motions challenging various aspects of the arbitration process, the court returned the case to arbitration. *See, e.g.,* ECF Nos. 87, 90, 102, 112, 120, 128, 132, 141, 142, 149.

On October 31, 2013, the court ordered the parties to file a joint status report. On November 14, 2013 defendant filed a status report, stating that the arbitration has been completed. Plaintiff did not respond to the court's order.

Accordingly, plaintiff is directed to show cause within fourteen days of the date of this order why the action should not be dismissed for her failure to prosecute.

IT IS SO ORDERED.

DATED: July 21, 2014.

UNITED STATES DISTRICT JUDGE

1